*In re* ELIZABETH ÁLVAREZ DE BARBOSA.

*Número:* AB-2001-178        *Resuelto:* 4 de abril de 2003

*Carmen H. Carlos,* directora de la Oficina de Inspección de Notarías, en informe; *Elizabeth Álvarez de Barbosa, pro se.*

## RESOLUCIÓN

En el caso de la queja de autos, la Oficina de Inspección de Notarías determinó que la notario Elizabeth Álvarez de Barbosa había actuado "en forma descuidada" y "sin investigar adecuadamente los detalles del negocio jurídico" que ella autorizó mediante una escritura. También determinó que los errores de juicio de la notario ocurrieron de buena fe y sin intención de violar la ley. Así mismo, determinó que la notario actuó diligentemente para remediar su conducta y atender cualquier daño que ésta hubiese podido ocasio-

nar, por lo que la Directora de la Oficina de Inspección de Notarías recomendó que sólo se amonestara a la querellada por su conducta notarial deficiente en este caso.

En lo principal, la notario se ha allanado a la recomendación de la Oficina de Inspección de Notarías.

En vista de lo anterior, se amonesta a la notario por su incumplimiento en este caso con lo que exige la Ley Notarial en Puerto Rico. Se le apercibe que seremos más severos de incidir en alguna otra violación a las normas notariales del país.

Deberá, así mismo, tomar las otras medidas recomendadas por la Directora de la Oficina de Inspección de Notarias en su informe de 21 de mayo de 2002.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García y los Jueces Asociados Señores Hernández Denton y Rivera Pérez no intervinieron.

*(Fdo.)* Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*